UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR 2 5 2012

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| **Plaintiff,** | INDICTMENT MO12CR0143 |
| | [Vio: 18 U.S.C. § 1591(a) - |
| **V.** | Sex Trafficking of Children; |
| | 18 U.S.C. § 1952(a)(3) – |
| | Promotion of Business Enterprise |
| **BRIAN TERRELL PHEA,** | Involving Prostitution; |
| | 18 U.S.C. § 2 – Aiding & Abetting] |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 1591(a)]**

That on or about March 16, 2012, in the Western District of Texas and the Northern District of Texas, the Defendant,

**BRIAN TERRELL PHEA,**

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means in and affecting interstate commerce "Jane Doe" knowing that "Jane Doe" had not attained the age of 18 years and that "Jane Doe" would be caused to engage in a commercial sex act.

**COUNT TWO**
**[18 U.S.C. § 1952(a)(3)]**

That from on or about July 1, 2011 to April 25, 2012, in the Western District of Texas and elsewhere, the Defendant,

**BRIAN TERRELL PHEA,**

aided and abetted by other persons, known and unknown to the Grand Jury, did use a facility in interstate commerce, namely the internet and cell phones, with the intent to promote, manage,

establish, carry on and facilitate the promotion, management, establishment and carrying on of an

unlawful activity, that is, a business enterprise involving prostitution in violation of Texas Penal

Code 43.05 (Compelling Prostitution), and thereafter performed and attempted to perform an act to

promote, manage, establish and carry on, and to facilitate the promotion, management,

establishment and carrying on of such unlawful activity, in violation of Title 18, United States

Code, §§ 1952(a)(3), and 2.


A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY


ROBERT PITMAN
UNITED STATES ATTORNEY


AUSTIN M. BERRY
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO12CR0143**

| | | |
|---|---|---|
| Unsealed | | |
| COUNTY: Ector | DIVISION:  MIDLAND/ODESSA | JUDGE: |
| DATE: April 25, 2012 | MAG CT #: MO:12-MJ-130 | FBI #: |
| CASE NO: MO-12-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: Brian Terrell Phea | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP:          INTERPRETER NEEDED    LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>          EMPLOYED<br>          APPOINTED | | |
| DEFENDANT IS: Detained | | |
| DATE OF ARREST: April 8, 2012 | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:  Indictment | | |
| OFFENSE (Code and Description):   Ct. 1 – 18 USC 1591(a) – Child sex trafficking; Ct. 2 – 18 USC 1952(a)(3) – Promotion of a business enterprise involving prostitution | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:   Ct. 1 - A minimum mandatory term of imprisonment of 15 years, not to exceed life; a minimum mandatory term of supervised release of 5 years, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment; Ct. 2 – A term of imprisonment not to exceed 5 years; a term of supervised release not to exceed 1 year; a fine not to exceed $250,000; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:   As stated above. | | |
| REMARKS:   AGENT:<br>Don Williams<br>Texas Rangers Division - Texas Department of Public Safety | | |

WDT-Cr-3