FILED
JUL 10 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | MO-12-CR-143 |
| BRIAN TERRELL PHEA, Defendant. | § § § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

**COUNT ONE**

We the Jury find that Defendant **BRIAN TERRELL PHEA** is __Guilty__
 Not Guilty/Guilty

of the offense charged in Count One of the Indictment.

*If you find the defendant guilty of Count One, please answer Special Question 1. If you do not find the defendant guilty of Count One, please skip Special Question 1 and continue on to Count Two:*

Special Question 1: Did Defendant BRIAN TERRELL PHEA commit the offense charged in Count One by force, threats of force, fraud or coercion?

Yes: ✓   No: ___

**COUNT TWO**

We the Jury find that Defendant **BRIAN TERRELL PHEA** is __Guilty__
 Not Guilty/Guilty

of the offense charged in Count Two of the Indictment.

7-10-12
DATE

JURY FOREPERSON